UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KAREN HUGHLEY<br>5600 Signet Lane<br>Riverdale, MD | * | |
| | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: |
| WEINSTOCK, FRIEDMAN AND<br>FRIEDMAN, PA<br>1413 K Street, N.W.<br>Washington, D.C.  20005 | *<br>*<br>* | |
| and | * | |
| BRUCE L. RICHARDSON<br>41 Black Oak Court<br>Reisterstown, MD  21136 | *<br>* | |
| and | * | |
| MELVIN J. WEINSTOCK<br>4 Reservoir Circle<br>Pikesville, MD  21208 | *<br>* | |
| and | * | |
| SIDNEY S. FRIEDMAN<br>4 Reservoir Circle<br>Pikesville, MD  21208 | *<br>* | |
| and | * | |
| EDWARD J. FRIEDMAN<br>4 Reservoir Circle<br>Pikesville, MD  21208 | *<br>* | |
| and | * | |
| JEFFREY M. LIPPMAN<br>4 Reservoir Circle<br>Pikesville, MD  21208 | * | |

J:\52862\MOTION\PETRMVL.DOC

- 2 -

\*
Defendants
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PETITION FOR REMOVAL

Defendants Weinstock, Friedman and Friedman, PA, Melvin J. Weinstock, Sidney S. Friedman, Edward J. Friedman, and Jeffrey M. Lippman ("the Weinstock Defendants"), by and through their undersigned counsel, hereby file this Petition for Removal of the above-captioned action to the United States District Court for the District of Columbia from the Superior Court for the District of Columbia, pursuant to 28 U.S.C. § 1441, *et seq.*, and in support thereof state as follows:

1. On or about December 27, 2005, the Weinstock Defendants received, via certified mail, a copy of a Complaint filed by Plaintiff in the Superior Court for the District of Columbia. See, Exhibit A.

2. Plaintiff's Complaint contains two counts. Count I asserts causes of action for employment discrimination and legal negligence. Count II asserts causes of action for fraud and misrepresentation. See, Exhibit A.

3. All of the allegations contained in the Plaintiff's Complaint relate to the Defendants' legal representation of the Plaintiff in her Federal employment discrimination case, concerning and relating to her employment for the U.S. Post Office. Similarly, the defense of this matter will substantially focus on whether the Plaintiff had a legitimate employment discrimination claim and, if so, the value of such claim.

4. The Plaintiff's employment discrimination claim was filed in the United States District Court for the District of Columbia. See, Exhibit A, ¶ 37.

5. In the instant Complaint, the Plaintiff has asserted claims for denial of back pay, denial of promotions, wrongful discharge, pain, suffering, and mental anguish, all of which she claims are directly related to the alleged employment discrimination. See, Exhibit A, ¶19.

6. Therefore, this action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e), *et. seq.*, and a substantial question of Federal law is a necessary element of Plaintiff's claim. This Court has jurisdiction pursuant to the federal question doctrine.

7. This matter is one in which this Court has original jurisdiction, pursuant to 28 U.S.C. §§ 1331, 1443, and, accordingly, the action is removable from the Superior Court for the District of Columbia pursuant to 28 U.S.C. § 1441(c).

8. Copies of all process, pleadings, papers, and orders served upon the Weinstock Defendants are filed with this Petition. See, Exhibits A, B.

9. As evidenced by the Notice attached as Exhibit C, the Weinstock Defendants have given written notice to Plaintiff, as well as to alleged Co-Defendant Bruce L. Richardson, of the filing of this Notice of Removal, as required by 28 U.S.C. § 1446(d). See, Exhibit C. Upon information and belief, all Defendants that have been served with the Complaint have joined in this Petition.

10. Additionally, as evidenced by the attached Certificate of Filing Notice of Removal in State Court, attached as Exhibit D, a copy of this Petition for Removal has been filed with the Clerk of the Superior Court for the District of Columbia, as required by 28 U.S.C. § 1446(d). See, Exhibit D.

WHEREFORE, Defendants Weinstock, Friedman and Friedman, PA, Melvin J. Weinstock, Sidney S. Friedman, Edward J. Friedman, and Jeffrey M. Lippman request that this

action be removed to this Court from the Superior Court for the District of Columbia and that it proceed in this Court as an action properly removed.

                Respectfully submitted,

                *William J. Mitchell*
William L. Mitchell, II (D.C. Bar No.: 476101)
John S. Vander Woude (D.C. Bar No.: 485423)
Tracie N. Wesner (D.C. Bar No.: 492607)
Eccleston & Wolf, P.C.
2001 S. Street, N.W., Suite 310
Washington, D.C. 20009
(202) 857-1696
*Attorneys for Defendants*

- 5 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of January, 2006 a copy of the foregoing Petition for Removal was mailed first class, postage prepaid, to:

Deborah K. Hines, Esquire
1717 K Street, N.W., Suite 1107
Washington, DC  20036

Bruce L. Richardson
41 Black Oak Court
Reisterstown, Maryland  21136

_William L. Mitchell_
William L. Mitchell