UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KAREN HUGHLEY<br>5600 Signet Lane<br>Riverdale, MD | * * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: |
| WEINSTOCK, FRIEDMAN AND<br>FRIEDMAN, PA<br>1413 K Street, N.W.<br>Washington, D.C. 20005 | * * * | |
| and | * | |
| BRUCE L. RICHARDSON<br>41 Black Oak Court<br>Reisterstown, MD 21136 | * * | |
| and | * | |
| MELVIN J. WEINSTOCK<br>4 Reservoir Circle<br>Pikesville, MD 21208 | * * | |
| and | * | |
| SIDNEY S. FRIEDMAN<br>4 Reservoir Circle<br>Pikesville, MD 21208 | * * | |
| and | * | |
| EDWARD J. FRIEDMAN<br>4 Reservoir Circle<br>Pikesville, MD 21208 | * * | |
| and | * | |
| JEFFREY M. LIPPMAN<br>4 Reservoir Circle<br>Pikesville, MD 21208 | * * | |

EXHIBIT B

Defendants

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CERTIFICATE OF FILING OF STATE COURT PAPERS

Defendants Weinstock, Friedman and Friedman, PA, Melvin J. Weinstock, Sidney S. Friedman, Edward J. Friedman, and Jeffrey M. Lippman ("the Weinstock Defendants"), by and through their undersigned counsel, hereby file this Certificate of Filing of State Court Papers and state as follows:

1. Undersigned counsel hereby certifies that true and legible copies of all process, pleadings, documents, and orders on file with the Superior Court for the District of Columbia in the above-referenced litigation, case number 05-0009694, were attached to the Weinstock Defendants' Petition for Removal as Exhibit A.

2. Accordingly, the undersigned certifies that all filings in the State Court action have been filed in the United States District Court.

Respectfully submitted,

_William L. Mitchell_
William L. Mitchell, II (D.C. Bar No.: 476101)
John S. Vander Woude (D.C. Bar No.: 485423)
Tracie N. Wesner (D.C. Bar No.: 492607)
Eccleston & Wolf, P.C.
2001 S. Street, N.W., Suite 310
Washington, D.C. 20009
(202) 857-1696
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 6th day of January, 2006 a copy of the foregoing Certificate of Filing of State Court Papers was mailed first class, postage prepaid, to:

Deborah K. Hines, Esquire
1717 K Street, N.W., Suite 1107
Washington, DC  20036

Bruce L. Richardson
41 Black Oak Court
Reisterstown, Maryland  21136

_____
William L. Mitchell