SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

KAREN HUGHLEY,               *

    Plaintiff                *

v.                           *

WEINSTOCK, FRIEDMAN AND      *    Case No. 05-0009694
FRIEDMAN, PA, et al.,
                             *
    Defendants
                             *

                             *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF FILING PETITION FOR REMOVAL**

Defendants Weinstock, Friedman and Friedman, PA, Melvin J. Weinstock, Sidney S. Friedman, Edward J. Friedman, and Jeffrey M. Lippman ("the Weinstock Defendants"), by and through counsel, William L. Mitchell, John S. Vander Woude, Tracie N. Wesner, and Eccleston & Wolf, P.C., pursuant to 28 U.S.C. §1441 et seq., hereby notify Plaintiff that the Defendants have filed in the United States District Court for the District of Columbia a Petition for Removal, a copy of which is attached hereto and marked as Exhibit 1.

This Notice of Filing Petition for Removal serves to cause the full removal of this action and precludes the Superior Court for the District of Columbia from proceeding further in this action unless and until this action is remanded. 28 U.S.C. §1446(d).

                      *William L. Mitchell* (signature)
                      William L. Mitchell, II (D.C. Bar No.: 476101)
                      John S. Vander Woude (D.C. Bar No.: 485423)
                      Tracy N. Wesner (D.C. Bar No.: 492607)
                      Eccleston & Wolf, P.C.
                      2001 S. Street, N.W., Suite 310
                      Washington, D.C. 20009
                      (202) 857-1696
                      *Attorneys for Defendant*



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ___ day of January, 2005 a copy of the foregoing Notice of Filing Petition for Removal was mailed first class, postage prepaid, to:

> Deborah K. Hines, Esquire
> 1717 K Street, N.W., Suite 1107
> Washington, DC 20036
>
> Bruce L. Richardson
> 41 Black Oak Court
> Reisterstown, Maryland 21136

_____
William L. Mitchell