UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KAREN HUGHLEY<br>5600 Signet Lane<br>Riverdale, MD | *<br>*<br> | |
| Plaintiff | * | |
| v. | * | Civil Action No.: |
| WEINSTOCK, FRIEDMAN AND<br>FRIEDMAN, PA<br>1413 K Street, N.W.<br>Washington, D.C. 20005 | *<br>*<br>* | |
| and | * | |
| BRUCE L. RICHARDSON<br>41 Black Oak Court<br>Reisterstown, MD 21136 | *<br>* | |
| and | * | |
| MELVIN J. WEINSTOCK<br>4 Reservoir Circle<br>Pikesville, MD 21208 | *<br>* | |
| and | * | |
| SIDNEY S. FRIEDMAN<br>4 Reservoir Circle<br>Pikesville, MD 21208 | *<br>* | |
| and | * | |
| EDWARD J. FRIEDMAN<br>4 Reservoir Circle<br>Pikesville, MD 21208 | *<br>* | |
| and | * | |
| JEFFREY M. LIPPMAN<br>4 Reservoir Circle<br>Pikesville, MD 21208 | *<br>* | |

EXHIBIT

Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF FILING NOTICE OF REMOVAL IN STATE COURT

Defendants Weinstock, Friedman and Friedman, PA, Melvin J. Weinstock, Sidney S. Friedman, Edward J. Friedman, and Jeffrey M. Lippman ("the Weinstock Defendants"), by and through their undersigned counsel, hereby certify pursuant to 28 U.S.C. § 1446(d) that on January 10, 2006, they filed with the Superior Court of the District of Columbia a Notice of Removal to the United States District Court for the District of Columbia. A copy of the Notice filed in the Superior Court for the District of Columbia is attached to the Defendants' Petition for Removal as Exhibit C.

Respectfully submitted,

William L. Mitchell, II (D.C. Bar No.: 476101)
John S. Vander Woude (D.C. Bar No.: 485423)
Tracie N. Wesner (D.C. Bar No.: 492607)
Eccleston & Wolf, P.C.
2001 S. Street, N.W., Suite 310
Washington, D.C. 20009
(202) 857-1696
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ____ day of January, 2006 a copy of the foregoing Certificate of Filing Notice of Removal in State Court was mailed first class, postage prepaid, to:

>Deborah K. Hines, Esquire
>1717 K Street, N.W., Suite 1107
>Washington, DC  20036
>
>Bruce L. Richardson
>41 Black Oak Court
>Reisterstown, Maryland  21136

_____
William L. Mitchell