UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KAREN HUGHLEY

    Plaintiff

v.

WEINSTOCK, FRIEDMAN & FRIEDMAN, P.A., et al.,

    Defendants

Civil Action No.: 1:06 cv 00088

## ORDER

Having considered the Weinstock Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, and any opposition thereto, it is this _____ day of _____, 2006, hereby

**ORDERED** that the Weinstock Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment is hereby **GRANTED**, and judgment is entered in favor of Defendants Weinstock, Friedman & Friedman, P.A., Melvin Weinstock, Sidney S. Friedman, Edward J. Friedman, and Jeffrey M. Lippman.

_____
Judge
United States District Court, District of Columbia

**COPIES TO:**
(See attached)

William L. Mitchell, II, Esquire
John S. Vander Woude, Esquire
Tracie N. Wesner, Esquire
Eccleston & Wolf, P.C.
2001 S. Street, N.W., Suite 310
Washington, D.C.  20009

Deborah K. Hines, Esquire
1717 K Street, N.W., Suite 1107
Washington, DC  20036

Bruce L. Richardson
41 Black Oak Court
Reisterstown, Maryland  21136