UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN HUGHLEY<br><br>        Plaintiff<br><br>v.<br><br>WEINSTOCK, FRIEDMAN & FRIEDMAN, P.A., et al.,<br><br>        Defendants | Civil Action No.: 1:06 cv 00088 |

### REQUEST FOR HEARING

Defendants Weinstock, Friedman & Friedman, P.A., Melvin J. Weinstock, Sidney S. Friedman, Edward J. Friedman, and Jeffrey M. Lippman ("the Weinstock Defendants"), by their attorneys, William L. Mitchell, II, John S. Vander Woude, Tracie N. Wesner, and Eccleston & Wolf, P.C., hereby request a hearing on their Motion to Dismiss or, in the Alternative, for Summary Judgment in the above-referenced case.

_____
William L. Mitchell, II (D.C. Bar No.: 476101)
John S. Vander Woude (D.C. Bar No.: 485423)
Tracie N. Wesner (D.C. Bar No.: 492607)
Eccleston & Wolf, P.C.
2001 S. Street, N.W., Suite 310
Washington, D.C. 20009
(202) 857-1696
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of January, 2006 a copy of the foregoing Hearing Request was mailed first class, postage prepaid, to:

> Deborah K. Hines, Esquire
> 1717 K Street, N.W., Suite 1107
> Washington, DC 20036
>
> Bruce L. Richardson
> 41 Black Oak Court
> Reisterstown, Maryland 21136

_____
William L. Mitchell