UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KAREN HUGHLEY

    Plaintiff

v.

WEINSTOCK, FRIEDMAN & FRIEDMAN, P.A., et al.,

    Defendants

Civil Action No.: 1:06 cv 00088-RWR

## CERTIFICATE REQUIRED BY LOCAL RULE 7.1 OF THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, undersigned counsel of record for Defendant Weinstock, Friedman & Friedman, P.A., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Weinstock, Friedman & Friedman, P.A. that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of record for Defendant Weinstock, Friedman & Friedman, P.A.

                                                            /s/
                                     William L. Mitchell, II (D.C. Bar No.: 476101)
                                     John S. Vander Woude (D.C. Bar No.: 485423)
                                     Tracie N. Wesner (D.C. Bar No.: 492607)
                                     Eccleston & Wolf, P.C.
                                     2001 S. Street, N.W., Suite 310
                                     Washington, D.C. 20009
                                     (202) 857-1696
                                     *Attorneys for Defendants, excluding Defendant Richardson*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this  18th  day of January, 2006 a copy of the foregoing Certification was mailed first class, postage prepaid, to:

>Deborah K. Hines, Esquire
>1717 K Street, N.W., Suite 1107
>Washington, DC  20036
>
>Bruce L. Richardson
>41 Black Oak Court
>Reisterstown, Maryland  21136

>           /s/
>William L. Mitchell