UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KAREN HUGHLEY** | ) | |
| **Plaintiff,** | ) | Civil Action no.: 1:06 cv 0088 |
| v. | ) | |
| **WEINSTOCK, FRIEDMAN & FRIEDMAN, P.A. et. al.** | ) | |
| | ) | |
| **Defendants** | ) | |

### (PROPOSED ORDER)

Upon the foregoing Motion to Remand and the Opposition filed thereto by Defendants, it is this _____ day of _____, 2006

HEREBY GRANTED.

_____
Judge

cc:
Deborah K. Hines, Esq.
1717 K Street, N.W. Suite 1107
Washington, D.C. 20036
Attorney for Plaintiff

William Mitchell, II, Esq.
John S. Vander Woude, Esq.
Tracie N. Wesner, Esq.
Eccleston & Wolf, P.C.
2001 S Street, N.W. Suite 310
Washington, D.C. 20009
Attorneys for the Weinstock Defendants

Bruce Richardson
41 Black Oak Court
Reisterstown, MD 21136

Case 1:06-cv-00088-RWR    Document 4-2    Filed 01/31/2006    Page 2 of 2