UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
KAREN HUGHLEY                  )
                               )
    Plaintiff,                 )
                               )
         v.                    )   Civil Action No. 06-88 (RWR)
                               )
WEINSTOCK, FRIEDMAN AND        )
FRIEDMAN, PA, et al.,          )
                               )
    Defendants.                )
_____)
```

**ORDER**

It is hereby

ORDERED that defendants show cause in writing by February 13, 2006, why this case should not be remanded to the Superior Court for the District of Columbia. Defendants are to submit legal memoranda with detailed support for their assertion that this court has original jurisdiction under 28 U.S.C. § 1331 over plaintiff's legal malpractice and fraud claims and demonstrate how those claims "aris[e] under the . . . laws . . . of the United States." Plaintiff shall file a responding legal memorandum by February 24, 2006.

SIGNED this 30th day of January, 2006.

```
                    _____/s/_____
                    RICHARD W. ROBERTS
                    United States District Judge
```