UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KAREN HUGHLEY

    Plaintiff

v.

WEINSTOCK, FRIEDMAN & FRIEDMAN,
P.A., et al.,

    Defendants

Civil Action No.: 1:06 cv 00088-RWR

## LINE WITHDRAWING ENTRY OF APPEARANCE

Dear Clerk:

Please withdraw the appearance of Tracie N. Wesner as counsel for Defendants Weinstock, Friedman & Friedman, P.A., Melvin Weinstock, Sidney Friedman, Edward Friedman and Jeffrey Lippman. William L. Mitchell will remain as lead counsel for these Defendants, and pursuant to Local Rule 83.2(c), John S. Vander Woude will also remain as counsel for the above named Defendants.

_____
Tracie N. Wesner
Eccleston & Wolf, P.C.
2001 S. Street, N.W., Suite 310
Washington, D.C. 20009
(202) 857-1696

_____
Melvin Weinstock

_____
Sidney Friedman

_____
Edward Friedman

_____
Jeffrey Lippman

_____
Weinstock, Friedman & Friedman, P.A.
Respectfully submitted,

_[signature]_
William L. Mitchell, II (D.C. Bar No.: 476101)
Eccleston & Wolf, P.C.
2001 S. Street, N.W., Suite 310
Washington, D.C. 20009
(202) 857-1696
*Attorney for Defendants, excluding Defendant Richardson*

_[signature]_
John S. Vander Woude (D.C. Bar No.: 485423)
Eccleston & Wolf, P.C.
7th Floor – Scarlett Place
729 East Pratt Street
Baltimore, Maryland 21202
(410) 752-7474
*Attorney for Defendants, excluding Defendant Richardson*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of February, 2006 a copy of the foregoing Line Withdrawing Entry of Appearance was mailed first class, postage prepaid, to:

Deborah K. Hines, Esquire
1717 K Street, N.W., Suite 1107
Washington, DC 20036

Bruce L. Richardson
41 Black Oak Court
Reisterstown, Maryland 21136

_[signature]_
William L. Mitchell