UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KAREN HUGHLEY** | ) | |
| **Plaintiff,** | ) | Civil Action no.: 1:06 cv 00088 |
| v. | | |
| **WEINSTOCK, FRIEDMAN & FRIEDMAN, P.A. et. Al.** | ) | |
| | ) | |
| **Defendants** | ) | |

## (PROPOSED ORDER) TO WEINSTOCK DEFENDANTS MOTION TO DISMISS OR, IN THE ALTERNATIVE FOR SUMMARY

Upon the foregoing "Weinstock" Defendants Motion to Dismiss or in the Alternative for Summary Judgment and the Opposition filed thereto by Plaintiff, it is this   day of           ,2006

HEREBY DENIED.

_____
Judge

cc:
Deborah K. Hines, Esq.
1717 K Street, N.W. Suite 1107
Washington, D.C. 20036
Attorney for Plaintiff

William Mitchell, II, Esq.
John S. Vander Woude, Esq.
Tracie N. Wesner, Esq.
Eccleston & Wolf, P.C.
2001 S Street, N.W. Suite 310
Washington, D.C. 20009

Attorneys for the Weinstock Defendants

Bruce Richardson
41 Black Oak Court
Reisterstown, MD 21136