UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KAREN HUGHLEY** | ) | |
| **Plaintiff,** | ) | Civil Action no.: 1:06 cv 00088 |
| v. | ) | RWR |
| **WEINSTOCK, FRIEDMAN & FRIEDMAN, P.A. et. al.** | ) | |
| | ) | |
| **Defendants** | ) | |

### RULE 56 (F) AFFIDAVIT OF DEBORAH K. HINES, ESQ.

I, Deborah K. Hines do hereby declare and affirm that I am over eighteen years of age, am competent to testify to the matters herein which are based on my personal knowledge, information and belief. I hereby swear and affirm under the penalties that the foregoing statements are true and correct to the best of my personal knowledge, information and belief.

1. I represent Karen Hughley in the above entitled captioned matter,

2. Defendant's Motion to Dismiss and or for Summary Judgment was filed on January 17, 2006.

3. I filed the Plaintiff's Complaint on December 21, 2005 in the Superior Court for the District of Columbia.

4. The filing of the Defendants' motion places the Plaintiff in an untenable position to defend the Motion at this time.

5. Due to the premature nature of the proceedings, a ruling on summary judgment should be deferred until further discovery is completed by depositions, request for production of

      documents and interrogatories.

6. A six month delay on the ruling on the motion will allow for the parties to conduct discovery on all issues.

7. Due to the early filing of the Defendants' motion, there has been no opportunity for discovery. In fact, not all parties have been served with the Summons and Complaint yet.

8. A fuller factual development is necessary before the court's ruling on the motion.

9. Discovery may show facts surrounding the knowledge of the Defendants of the co-defendant's negligence and misrepresentation.

10. I am not fully able to be more specific as no discovery has taken place. However, I believe the nature of discovery will likely develop useful information.

11. I request that the court defer ruling on the motion until discovery is competed.

\_\_\_2/1/06_____
Date                           Deborah K.. Hines, Esq.