**Customer Copy**
Label 11-B September

ER 418316576 US

*EXPRESS MAIL*
UNITED STATES POSTAL SERVICE

**Post Office To Addressee**

| ORIGIN (POSTAL USE- ONLY) | | | | Delivery Attempt | Time PM | Employ |
|---|---|---|---|---|---|---|
| PO ZIP Code 20131 | Day of Delhmy | Flat Rate Envelope | | Mo. D | DAM ED RM | |
| | | Postage | | Delivery Attempt | Time | Emplr -7Qnatu, |
| Mine in | 12 Noon  3PM | $ | | Dd | | |
| AM | Military | Return Receipt Fee | | Delivery Date | Time | -0-1? Signature' |
| Weight | Day 13 3rd Day | | | Mo. Day | 1:1 Am  PM | |
| | Int'l Alpha Country Code | COD Fee $ | Insurance Fee | | | |
| No Delivery Weekend  Holiday | Acc taii)ceGlerk Initials | Total $ | & F | | | |

PAYMENT BY ACCOUNT
Ex;xvos Mail Corporate Acct No.
Federal Agency Acct. No. or
Postal Service Acct No.

NO DELIVERY
Weekend  Holiday
Customer Signature

FROM: (PLEASE PRINT)  PHONE (
Karen T. Hughes
5200 Sqnet Lane
Riverdale, MD. 20737

TO: (PLEASE PRINT)  PHONE (
Mr. Bruce Richardson
4 Reservoir Circle
3rd Floor
Baltimore, Md.
21208 +

**FOR PICKUP OR TRACKING CALL 1-800-222-1811**

USPS.Com

---

No. 4167070

| DATE | ACCOUNT NUMBER | AMOUNT | FOR OFFICE USE ONLY |
|---|---|---|---|
| 10-24-03 | 120-322122-3 | $1,000.00 | L#_____  QiQ  002A |

0  Check Sent as Requested
El  Check to Payee
      to Customer
& Receipt to Customer

**Please Note:** Replacement of lost Cashier's Checks of $10,000 or more will require your purchase of an indemnity bond.