District of Columbia live database - Docket Report                     Page i ul

CLOSED, JURY, TYPE-H

## U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:02-cv-02334-GK

| | |
|---|---|
| HUGHLEY v. POTTER | Date Filed: 11/25/2002 |
| Assigned to: Judge Gladys Kessler | Jury Demand: Plaintiff |
| Cause: 42:2003 Job Discrimination | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**KAREN T. HUGHLEY**          represented by  **Bruce L. Richardson**
WEINSTOCK, FRIEDMAN &
FRIEDMAN, P.A.
4 Reservoir Circle
Baltimore, MD 21208-7301
(410) 559-9000
Fax: (41) 559-9009
Email: blr@weinstocklegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Def n aat**

**JOHN E. POTTER**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/25/2002 | | SUMMONS Not Issued as to JOHN E. POTTER (cdw, ) (Entered: 11/29/2002) |
| 11/25/2002 | 1 | COMPLAINT against JOHN E. POTTER (Filing fee $ 150.) , filed by KAREN T. HUGHLEY.(cdw,) (Entered: 11/29/2002) |
| 05/27/2003 | 2 | ORDER that the Plaintiff shall show cause no *later* than June 10, 2003 why her Complaint should not *be* dismissed for failure to prosecute. Signed by Judge Gladys Kessler on 5/27/03. (CS,) (Entered: 05/27/2003) |
| 06/10/2003 | 3 | RESPONSE to show cause order 2_ by KAREN T. HUGHLEY. (de,) (Entered: 06/16/2003) |
| 06/19/2003 | 4 | ORDER regarding Plaintiffs response to the Court's Order to Show Cause and Plaintiffs responsiblity in the case. Signed by Judge Gladys Kessler on 6/19/03. (CS, ) (Entered: 06/19/2003) |
| 10/27/2003 | 5 | ORDER DISMISSING CASE. Signed by Judge Gladys Kessler on |