UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KAREN HUGHLEY

    Plaintiff

v.   Civil Action No.: 1:06 cv 00088-RWR

WEINSTOCK, FRIEDMAN & FRIEDMAN,
P.A., et al.,

    Defendants

### SUPPLEMENTAL AFFIDAVIT OF SIDNEY S. FRIEDMAN, ESQUIRE

    I, Sidney S. Friedman, Esquire, am over the age of eighteen years, am competent to testify and have personal knowledge of the matters set forth herein. I hereby swear and affirm under the penalties of perjury that the following statements are true and correct.

    1.    Co-Defendant Bruce Richardson joined Weinstock, Friedman & Friedman, P.A. as an associate attorney in January of 1995. By 1999, he had ascended to the level of managing associate with the firm.

    2.    Co-Defendant Richardson became a member of the Maryland Bar in 1986. Attached as Exhibit A to Exhibit 1 is a copy of Mr. Richardson's resume, which details his substantial legal experience prior to joining the firm. Mr. Richardson had approximately ten (10) years of experience practicing law before he took on Plaintiff Hughley's employment discrimination claim. When Ms. Hughley's employment discrimination claim was dismissed, Co-Defendant Richardson had some seventeen (17) years of legal experience and I had no reason to suspect that he required supervision in handling the Plaintiff's claim.


DEFENDANT'S EXHIBIT 2

2/6/06
Date

_____
Sidney S. Friedman, Esquire

2