## BRUCE L. RICHARDSON
## 41 BLACK OAK COURT
## REISTERSTOWN MD 21136
## TELEPHONE: (410) 526-4837

**Member:** Maryland Bar, 1986

**Current Employment:** 1991 to Present -- Assistant General Counsel, Financial Conservators, Inc. (F.C.I.), Suite 800, 34 Market Place, Baltimore, Maryland.

1) serving under contract as inhouse counsel to the State of Maryland Deposit Insurance Fund Corporation (MDIF), managing savings and loans being run and liquidated by the State of Maryland.
-handling collections and loan portfolio of over thirty million dollars.
-assist in D&O civil litigation, involved in the recovery of millions of dollars from directors, officers and insurance carriers.
-have served as an expert witness in both civil and criminal litigation involving former bank officers, and testified before committees of the General Assembly regarding MDIF.
-deal extensively with State of Maryland Office of the Attorney General and U.S. Attorney's Office regarding litigation and investigation.
-manage internal corporate affairs and corporate records.

2) inhouse counsel for F.C.I. for assets managed as independent contractor for the Resolution Trust Corporation.

Providing general legal services, managing assets and outside litigation, performing legal research, drafting pleadings and releases of security agreements and obligations, corporate work, due diligence on asset portfolios.

**Past Employment:**

| | |
|---|---|
| 1988-1991 | Claims Attorney, Fidelity and Deposit Company of Maryland, 300 St. Paul Place, Baltimore, Maryland, 21201, handling limited partnership, financial guarantee, facultative reinsurance claims totalling over $20,000,000. |
| 1986-1988 | Associate, Serio & Higdon, 214 E. Lexington Street, Baltimore, Maryland 21202. general civil practice firm, with emphasis on collection and real estate. |
| 1985-1986 | Law clerk, Serio & Higdon. |
| 1984 (Summer) | Law clerk, State Department of Economic & Community Development, 40 Calvert Street, Annapolis, Maryland. |



DEFENDANT'S EXHIBIT 4

**Education:**

1) J.D., 1986, University of Maryland School of Law, Baltimore, Maryland.

2) B.A., 1983, Magna Cum Laude, Division of Behavioral Sciences, University of Maryland, College Park, Maryland, member Phi Beta Kappa.

References Furnished Upon Request