UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KAREN HUGHLEY

    Plaintiff

v.

WEINSTOCK, FRIEDMAN & FRIEDMAN, P.A., et al.,

    Defendants

Civil Action No.: 1:06 cv 00088-RWR

## **ORDER**

Having considered the Plaintiff's Motion for Remand to State Court and the Weinstock Defendants' Opposition thereto, it is this _____ day of _____, 2006, hereby

**ORDERED** that the Plaintiff's Motion for Remand to State Court be and hereby is **DENIED**.

_____
Judge
United States District Court, District of Columbia

**COPIES TO:**
(See attached)

William L. Mitchell, II, Esquire
Eccleston & Wolf, P.C.
2001 S. Street, N.W., Suite 310
Washington, D.C. 20009

John S. Vander Woude, Esquire
Eccleston & Wolf, P.C.
7th Floor – Scarlett Place
729 East Pratt Street
Baltimore, Maryland 21202

Deborah K. Hines, Esquire
1717 K Street, N.W., Suite 1107
Washington, DC 20036

Bruce L. Richardson
41 Black Oak Court
Reisterstown, Maryland 21136