IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN HUGHLEY, | : |
| Plaintiff | : |
| v. | : Civil Action No.: 1:06-cv-00088-RWR |
| WEINSTEIN, FRIEDMAN & FRIEDMAN, P.A., et al., | : |
| Defendants. | : |

**CONSENT MOTION TO EXTENSION OF TIME
WITHIN WHICH TO FILE A RESPONSIVE PLEADING**

COMES NOW Defendant Bruce L. Richardson, by and through counsel, CARR MALONEY P.C., and hereby requests this Honorable Court for a two week extension within which to file a responsive pleading. As grounds therefore, defendant refers the court to the attached Memorandum of Points and Authorities. Furthermore, plaintiff consents to this Motion for Extension of Time.

WHEREFORE for the foregoing reasons and the reasons more fully set forth in the attached Memorandum of Points & Authorities, defendant respectfully requests this Honorable Court grant this Consent Motion for an Extension of Time Within Which to File a Responsive Pleading up to and including May 31, 2006.

Respectfully submitted,

CARR MALONEY P.C.

By /s/ Jan Simonsen

Jan E. Simonsen, #417928
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 310-5500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN HUGHLEY, | : |
| Plaintiff | : |
| v. | : Civil Action No.: 1:06-cv-00088-RWR |
| WEINSTEIN, FRIEDMAN & FRIEDMAN, P.A., et al., | : |
| Defendants. | : |

## MEMORANDUM OF POINTS & AUTHORITIES

Under the applicable rules of this court, a request for an enlargement of time to perform an act required or allowed to be done within a specified time is properly granted by the court after the expiration of the specified period when the failure to act was the result of excusable negligent. Excusable negligent depends on the importance of the matter and prejudice to any other party. *Coady v. Aguadilla*, 456 F.2d 677, 678-679 (1st Cir. 1972). In the case at bar, defense counsel was recently retained to represent this defendant and recently learned of service of the Complaint. Moreover, plaintiff consents to this extension and therefore no prejudice will befall any party.

WHEREFORE, for the foregoing reasons, defendant respectfully request this Honorable Court to grant the Consent Motion for an Extension of Time Within Which to File a Responsive Pleading up to and including May 31, 2006.

Respectfully submitted,

CARR MALONEY P.C.

By /s/ Jan Simonsen
Jan E. Simonsen, #417928
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 310-5500

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was sent via electronically on this 18 day of May, 2006 to:

>Deborah K. Hines
>1717 K Street, N.W.
>Suite 1107
>Washington, DC 20036
>
>William Mitchell, II
>Tracie N. Wesner
>Eccleston & Wolfe, P.C.
>2001 S Street, N.W.
>Suite 300
>Washington, DC 20009
>
>John S. Vander Woude
>Eccleston & Wolfe, P.C.
>729 East Pratt Street
>7th Floor
>Baltimore, MD 21202

*/s/ Jan Simonsen*
Jan E. Simonsen

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN HUGHLEY,                              : | |
| : | |
| Plaintiff                              : | |
| : | |
| v.                              : | Civil Action No.: 1:06-cv-00088-RWR |
| : | |
| WEINSTEIN, FRIEDMAN            : | |
| & FRIEDMAN, P.A., et al.,           : | |
| : | |
| Defendants.                         : | |
| : | |

ORDER

UPON CONSIDERATION of the Consent Motion to Extend the Time Within Which to File a Responsive Pleading, it is this _____ day of _____, 2006,

ORDERED, that the same be, and the same hereby is, GRANTED; and it is further,

ORDERED, that Defendant Richardson file a responsive pleading on or before May 31, 2006.

_____
Judge Richard W. Roberts

cc:   Jan E. Simosen
      CARR MALONEY P.C.
      1667 K Street, N.W.
      Suite 1100
      Washington, D.C. 20006

      Deborah K. Hines
      1717 K Street, N.W.
      Suite 1107
      Washington, DC 20036

      William Mitchell, II
      Tracie N. Wesner
      Eccleston & Wolfe, P.C.
      2001 S Street, N.W.
      Suite 300
      Washington, DC 20009

John S. Vander Woude
Eccleston & Wolfe, P.C.
729 East Pratt Street
7th Floor
Baltimore, MD  21202