IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KAREN HUGHLEY, :
:
    Plaintiff :
:
v. : Case No.: 1:06-cv-00088-RWR
:
WEINSTEIN, FRIEDMAN :
   & FRIEDMAN, P.A., et al., :
:
    Defendants. :
:

## ANSWER TO PLAINTIFF'S COMPLAINT

COMES NOW, defendant, Bruce L. Richardson, by counsel, CARR MALONEY P.C., and in Answer to plaintiff's Complaint states the following:

### COUNT I

1. The allegations in Count I call for a legal conclusion, to which no response is required.

2. Upon information and belief, defendant admits the allegations contained in paragraph 2.

3. Upon information and belief, defendant admits the allegations contained in paragraph 3.

4. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 4 of plaintiff's Complaint, and therefore denies them.

5. Defendant admits the allegations contained in paragraph 5 of plaintiff's Complaint.

6. Defendant admits the allegations contained in paragraph 6 of plaintiff's Complaint.

7. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 7 of plaintiff's Complaint, and therefore denies them.

8. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 8 of plaintiff's Complaint, and therefore denies them.

9. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 9 of plaintiff's Complaint, and therefore denies them.

10. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 10 of plaintiff's Complaint, and therefore denies them.

11. Insofar as paragraph 11 alleges that the plaintiff retained defendants to represent her some time in 1996, defendant admits those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in paragraph 11 of plaintiff's Complaint, and therefore denies them.,

12. Insofar as paragraph 12 pertains to this defendant, defendant admits those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in paragraph 12, and therefore denies them.

13. Defendant admits the allegations contained in paragraph 13 of plaintiff's Complaint.

**(Employment Discrimination)**

14. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 14 of plaintiff's Complaint, and therefore denies them.

15. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 15 of plaintiff's Complaint, and therefore denies them.

16. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 16 of plaintiff's Complaint, and therefore denies them.

17. Defendant is without sufficient knowledge to form a belief as to the truth of the

allegations contained in paragraph 17 of plaintiff's Complaint, and therefore denies them.

18. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 18 of plaintiff's Complaint, and therefore denies them.

19. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 19 of plaintiff's Complaint, and therefore denies them.

### (Legal Negligence)

20. Upon information and belief, defendant admits the allegations contained in paragraph 20 of plaintiff's Complaint.

21. Upon information and belief, defendant admits the allegations contained in paragraph 21 of plaintiff's Complaint.

22. Upon information and belief, defendant admits the allegations contained in paragraph 22 of plaintiff's Complaint.

23. Upon information and belief, defendant admits the allegations contained in paragraph 23 of plaintiff's Complaint.

24. Upon information and belief, defendant admits the allegations contained in paragraph 24 of plaintiff's Complaint.

25. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 25 of plaintiff's Complaint, and therefore denies them.

26. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 26 of plaintiff's Complaint, and therefore denies them.

27. Upon information and belief, defendant admits the allegations contained in paragraph 27 of plaintiff's Complaint.

28. Upon information and belief, defendant admits the allegations contained in paragraph 28 of plaintiff's Complaint.

29. Upon information and belief, defendant admits the allegations contained in paragraph 29 of plaintiff's Complaint.

30. Upon information and belief, defendant admits the allegations contained in paragraph 30 of plaintiff's Complaint.

31. Upon information and belief, defendant admits the allegations contained in paragraph 31 of plaintiff's Complaint.

32. Upon information and belief, defendant admits the allegations contained in paragraph 32 of plaintiff's Complaint.

33. Upon information and belief, defendant admits the allegations contained in paragraph 33 of plaintiff's Complaint.

34. Upon information and belief, defendant admits the allegations contained in paragraph 34 of plaintiff's Complaint.

35. Upon information and belief, defendant admits the allegations contained in paragraph 35 of plaintiff's Complaint.

36. Upon information and belief, defendant admits the allegations contained in paragraph 36 of plaintiff's Complaint.

37. Upon information and belief, defendant admits the allegations contained in paragraph 37 of plaintiff's Complaint.

38. Upon information and belief, defendant admits the allegations contained in paragraph 38 of plaintiff's Complaint.

39. Upon information and belief, defendant admits the allegations contained in paragraph 39 of plaintiff's Complaint.

40. Upon information and belief, defendant admits the allegations contained in paragraph 40 of plaintiff's Complaint.

41. Upon information and belief, defendant admits the allegations contained in paragraph 41 of plaintiff's Complaint.

42. Upon information and belief, defendant admits the allegations contained in paragraph 42 of plaintiff's Complaint.

43. Upon information and belief, defendant admits the allegations contained in paragraph 43 of plaintiff's Complaint.

44. Paragraph 44 of plaintiff's Complaint calls for a legal conclusion to which no response is required. To the extent a response is required, the allegations are denied.

45. Paragraph 45 of plaintiff's Complaint calls for a legal conclusion to which no response is required. To the extent a response is required, the allegations are denied.

46. Paragraph 46 of plaintiff's Complaint calls for a legal conclusion to which no response is required. To the extent a response is required, the allegations are denied.

47. Paragraph 47 of plaintiff's Complaint calls for a legal conclusion to which no response is required. To the extent a response is required, the allegations are denied.

48. Paragraph 48 of plaintiff's Complaint calls for a legal conclusion to which no response is required. To the extent a response is required, the allegations are denied.

## COUNT II

**(Fraud and Misrepresentation)**

49. Defendant incorporates by reference his responses to paragraphs 1 through 48 above.

50. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 50 of plaintiff's Complaint, and therefore denies them.

51. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 51 of plaintiff's Complaint, and therefore denies them.

52. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 52 of plaintiff's Complaint, and therefore denies them.

53. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 53 of plaintiff's Complaint, and therefore denies them.

54. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 54 of plaintiff's Complaint, and therefore denies them.

55. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 55 of plaintiff's Complaint, and therefore denies them.

56. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 56 of plaintiff's Complaint, and therefore denies them.

57. Upon information and belief, defendant admits the allegations contained in paragraph 57 of plaintiff's Complaint.

58. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 58 of plaintiff's Complaint, and therefore denies them.

59. Defendant is without sufficient knowledge to form a belief as to the truth of the

allegations contained in paragraph 58 of plaintiff's Complaint, and therefore denies them.

WHEREFORE, defendants request that this Complaint be dismissed with prejudice, and with costs as well as such further and additional relief as this Honorable Court deems just and appropriate.

## FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

## SECOND DEFENSE

Defendant avers that plaintiff's Complaint is barred by the applicable statute of limitations.

## THIRD DEFENSE

Defendant avers that any injuries, losses, and damages claimed by the plaintiff herein were the result of the plaintiff's sole and/or contributory negligence.

## FOURTH DEFENSE

Defendant avers that the claim alleged in plaintiff's Complaint is barred by the plaintiff's assumption of the risk.

## FIFTH DEFENSE

Defendant avers that the claim alleged in plaintiff's Complaint is barred due to the negligence and/or affirmative conduct of others for whom in law this defendant is not responsible.

## SIXTH DEFENSE

Defendant will rely upon all defenses lawfully available to it including, but not limited to, those already asserted herein.

## SEVENTH DEFENSE

That at all times applicable hereto the defendant complied with the standard of care of reasonably competent practitioners acting in the same or similar circumstances.

## EIGHTH DEFENSE

Defendant avers that the plaintiff's claim for punitive damages violates the excessive fines clause of the Eighth Amendment of the United States Constitution.

## NINTH DEFENSE

Plaintiff's claim is barred by the doctrine of collateral estoppel and laches.

Respectfully submitted,

CARR MALONEY P.C.

By: _____
Jan E. Simonsen, #417928
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 310-5500 (telephone)
(202) 310-5555 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Answer to Complaint was sent electronically on this 31st day of May, 2006 to:

>Deborah K. Hines, Esquire
>1717 K Street, N.W.
>Suite 1107
>Washington, DC 20036
>
>William Mitchell, II, Esquire
>Tracie N. Wesner, Esquire
>Eccleston & Wolfe, P.C.
>2001 S Street, N.W.
>Suite 300
>Washington, DC 20009
>
>John S. Vander Woude, Esquire
>Eccleston & Wolfe, P.C.
>729 East Pratt Street
>7th Floor
>Baltimore, MD 21202

_____
Jan E. Simonsen