UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
KAREN HUGHLEY,                 )
                               )
          Plaintiff,           )
                               )
     v.                        )  Civil Action No. 06-88 (RWR)
                               )
WEINSTOCK, FRIEDMAN &          )
FRIEDMAN, PA, et al.,          )
                               )
          Defendants.          )
_____)
```

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that plaintiff's motion for remand be, and hereby is, GRANTED in part and DENIED in part.  The case is REMANDED to the D.C. Superior Court.  Plaintiff's request for attorney's fees and costs is denied.

SIGNED this 4th day of August, 2006.

                                                                          /s/
                                            RICHARD W. ROBERTS
                                            United States District Judge